# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                             CASE NO. 4:07cv285-RH/WCS

NICOLE RAYSOR, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This matter is before the court on the magistrate judge's report and recommendation (document 5) and the objections thereto (documents 6 and 7). I have reviewed de novo the issues raised by the objections.

    The report and recommendation concludes that plaintiff had three "strikes" under the Prison Litigation Reform Act prior to the filing of this action and that plaintiff therefore is not entitled to proceed in forma pauperis. The report and recommendation concludes that, because plaintiff has not paid the filing fee, this action should be dismissed.

    Notwithstanding plaintiff's assertions to the contrary, it is clear that prior to

the filing of this action, three other actions filed by plaintiff were dismissed on grounds constituting a "strike" under the Prison Litigation Reform Act. Plaintiff's assertion that at least two of the orders dismissing those actions were incorrect on the merits is both wrong and would not matter in any event; whether a dismissal constitutes a "strike" is properly determined based on the ruling that was actually made in the prior action, not based on an independent assessment of whether that ruling was correct. Because plaintiff had three "strikes" prior to filing this action, he is not entitled to proceed in forma pauperis. Because plaintiff has not paid the filing fee, this action properly should be dismissed. Accordingly,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is dismissed without prejudice." The clerk shall close the file.

    SO ORDERED this 11th day of July, 2007.

                                       s/Robert L. Hinkle
                                       Chief United States District Judge